Jeremy R. Schulze, OSB #160528
Betts, Patterson & Mines, P.S.
701 Pike Street, Suite 1400
Seattle, WA  98101-3927
Telephone:  206-292-9988
Facsimile:  206-343-7053

Attorneys for Defendant Preferred
Contractors Insurance Company

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| HOSPITALITY MANAGEMENT, INC., an Oregon corporation,<br><br>              Plaintiff,<br><br>vs.<br><br>PREFERRED CONTRACTORS INSURANCE COMPANY RISK RETENTION GROUP LLC, a Montana corporation<br><br>              Defendant. | NO. _____<br><br>DEFENDANT PREFERRED CONTRACTORS INSURANCE COMPANY'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT |

Pursuant to Fed. R. Civ. P. 7.1, defendant Preferred Contractors Risk Retention Group LLC ("Preferred Contractors"), through its attorneys Betts, Patterson & Mines, P.S., provides the following corporate disclosure statement:  Preferred Contractors is a limited liability company organized under Montana law, has no parent company, and is not a publicly traded entity.

Preferred Contractors Risk Retention Group's members are John C. Huth, a resident of Helena, Montana; Michael I Manson a resident of Irvine, California; David E Pike a resident of Oceanside, California; Phillip Salvagio, a resident of Carlsbad California; and Robert Sanders, a resident of South Carolina.

Page 1 – PREFERRED CONTRACTORS'
FED. R. CIV. P. 7.1 CORPORATE
DISCLOSURE STATEMENT

1232765.docx/031418 1600/8316-0005

DATED this 14th day of March, 2018.

                BETTS, PATTERSON & MINES, P.S.

                By  /s Jeremy R. Schulze
                    Jeremy R. Schulze, OSB #160528
                Betts, Patterson & Mines, P.S.
                One Convention Place, Suite 1400
                701 Pike Street
                Seattle WA  98101-3927
                Telephone:   (206) 292-9988
                Facsimile:   (206) 343-7053
                E-mail:   jschulze@bpmlaw.com
                Attorneys for Defendant Preferred Contractors Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and the document is available for viewing and downloading from the CM/ECF system.  I also certify that the foregoing document is being served electronically via the Court's CM/ECF notice system upon the following counsel of record::

> *Counsel for Plaintiff*:
> Michael E. Farnell
> Kristopher L. Kolta
> Parsons Farnell & Grein, LLP
> 1030 SW Morrison Street
> Portland, OR  97205-2626

DATED this 14th day of March, 2018.

          BETTS, PATTERSON & MINES P.S.

          By  /s Jeremy R. Schulze
             Jeremy R. Schulze, OSB #160528
          Betts, Patterson & Mines, P.S.
          One Convention Place, Suite 1400
          701 Pike Street
          Seattle WA  98101-3927
          Telephone:  (206) 292-9988
          Facsimile:  (206) 343-7053
          E-mail:     jschulze@bpmlaw.com
          Attorneys for Defendant Preferred Contractors Insurance Company