# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **HOSPITALITY MANAGEMENT, INC.**, | Case No. 3:18-cv-452-YY |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **PREFERRED CONTRACTORS INSURANCE COMPANY**, | |
| Defendant. | |

**Michael H. Simon, District Judge.**

    **IT IS HEREBY ORDERED AND ADJUDGED THAT:**

    (1)    Judgment is entered in favor of Plaintiff Hospitality Management, Inc. against Defendant Preferred Contractors Insurance Company.

    (2)    Plaintiff shall recover against Defendant damages in the amount of $ 2.5 million.

    (3)    Plaintiff shall also recover against Defendant post-Judgment simple interest at the annual rate of 0.09 percent from the date of this Judgment until paid in full.

    DATED this 6th day of July, 2021.

                                                  /s/ *Michael H. Simon*
                                                  Michael H. Simon
                                                  United States District Judge