# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: United States District Court, District of Oregon

U.S. District Court case number: 3:18-cv-00452-YY

Date case was first filed in U.S. District Court: March 14, 2018

Date of judgment or order you are appealing: July 6, 2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Preferred Contractors Insurance Company

Is this a cross-appeal?   ○ Yes   ⊙ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⊙ No

If Yes, what is the prior appeal case number?

Your mailing address:

Betts Patterson & Mines

701 Pike Street. Suite 1400

City: Seattle   State: WA   Zip Code: 98101

Prisoner Inmate or A Number (if applicable):

**Signature** /s Daniel L. Syhre   **Date** Aug 5, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                                                   *Rev. 12/01/2018*

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Preferred Contractors Insurance Company

Name(s) of counsel (if any):

> Daniel L. Syhre

Address: 701 Pike Street, Suite 1400, Seattle WA  98101-3927

Telephone number(s): (206) 292-9988

Email(s): dsyhre@bpmlaw.com; dmarsh@bpmlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ◉ Yes    ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Hospitality Management, Inc.

Name(s) of counsel (if any):

> Michael E. Farnell
> Kristopher L. Kolta

Address: Parsons Farnell & Grein 1030 SW Morrison St., Portland, OR  97205

Telephone number(s): (503) 222-1812

Email(s): mfarnell@pfglaw.com; joe@koptamacpherson.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                                    1                                           *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Hospitality Management, Inc.

Name(s) of counsel (if any):

David P. Rossmiller

Address: Betts, Patterson, Mines, 111 SW 5th Ave., Ste. 3650, Portland, OR 97204

Telephone number(s): (503) 961-6338

Email(s): drossmiller@bpmlaw.com; mtaylor@bpmlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◯ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                                 *2*                                      *New 12/01/2018*